EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Extensión de Términos ante el paso de la tormenta tropical Dorian | 2019 TSPR 151<br><br>203 DPR \_\_\_\_\_ |

Número del Caso:  EM-2019-05


Fecha:  27 de agosto de 2019




Materia:  Resolución del Tribunal.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de Términos ante el       EM-2019-05
paso de la tormenta tropical
Dorian

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de agosto de 2019.

El 27 de agosto de 2019, el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical y una vigilancia de huracán para todo Puerto Rico. En vista de la situación climatológica, se decretó la suspensión de los trabajos en la Rama Judicial para el miércoles 28 de agosto de 2019.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 28 de agosto de 2019 como si fuera día feriado. Cualquier término a vencer ese día se extenderá hasta el jueves, 29 de agosto de 2019 o hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales y así se anuncie. Se ordena la difusión pública inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo